# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2014

147618

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

FRANCES OVERWEG, Individually and
Personal Representative of the ESTATE
OF HARLAN JAY OVERWEG,
         Plaintiff-Appellant,

v

TAYLOR REMERO THOMAS, BOBBY
GLENN THOMAS and KELLY THOMAS,
         Defendants-Appellees.

SC: 147618
COA: 308785
Kent CC: 09-000482-NI

_____/

        On order of the Court, the application for leave to appeal the May 9, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2014



Clerk

h0325